# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

## Petition for Person Under Supervision

| | |
|---|---|
| Person Under Supervision: | Crystal Campusano — Case No.: 2:26-CR-120-Z(01) |
| Name of Sentencing Judge: | U.S. District Judge David Counts (Jurisdiction transferred to U.S. District Judge Matthew J. Kacsmaryk on October 6, 2026.) |
| Date of Original Sentence: | June 25, 2024 |
| Original Offense: | Conspiracy to Transport Illegal Aliens, 8 U.S.C. § 1324, Class C Felony |
| Original Sentence: | 5-year term of probation |
| Detainers: | None. |
| U.S. Marshals No.: | 73065-510 |
| Type of Supervision: | Probation — Date Supervision Commenced: June 25, 2024 |
| Assistant U.S. Attorney: | Warsame Ali Khalif Galaydh — Defense Attorney: Nitya Morales Vasquez (Court appointed) |

## Petitioning the Court for Action for Cause as Follows:

To issue a violator's warrant.

The probation officer believes the person under supervision violated the following conditions:

**I.**

**Violation of Mandatory Condition No. 2**

The defendant shall not unlawfully possess a controlled substance.

**Violation of Mandatory Condition No. 3**

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.

**Nature of Noncompliance**

On September 10, 2026, Crystal Campusano submitted a urine specimen for testing at the U.S. Probation Office in Amarillo, Texas, which tested positive for cocaine. Ms. Campusano denied any illegal substance use. Confirmation was obtained from Abbott Toxicology (Abbott), which confirmed the specimen collected was positive for cocaine.

On October 14, 2026, Ms. Campusano submitted a urine specimen for testing at the U.S. Probation Office in Amarillo, which tested positive for cocaine. Ms. Campusano denied any illegal substance use. Confirmation is pending with Abbott.

**Personal History**

Crystal Campusano commenced her term of probation on June 25, 2024, under the U.S. Probation Office in Amarillo, Texas. She resides in Amarillo with her children and has been steadily employed throughout her probation. She is also currently expecting another child.

Ms. Campusano had been relatively compliant until June 2026, when allegations were made of her harassing and threatening the father of her unborn child and his girlfriend. Law enforcement records obtained provided details of the allegations of harassment by Ms. Campusano towards the girlfriend through social media, the girlfriend's family, and her employment, although no charges have been filed at this time. Based on these allegations, Ms. Campusano was advised to cease any contact with either of them and was to report any harassment or threats by them to local law enforcement. Additionally, it was alleged Ms. Campusano was also consuming and selling cocaine. Subsequently, Ms. Campusano was directed to submit to a urine collection, which tested positive for cocaine. However, Ms. Campusano denied any use even after notified of the confirmation from the lab. Ms. Campusano submitted a second urine specimen for testing, which also tested positive for cocaine and is currently pending confirmation after denying any use.

Ms. Campusano's cocaine use, despite her denial, raises serious concerns regarding the potential health risk to both herself and her unborn child. Additionally, her involvement in recent harassment allegations raises further concerns regarding her compliance with supervision. Based on the violation conduct, a Petition for Person Under Supervision is being submitted to the Court for revocation proceedings.

**Statutory Provisions — Protect Act Probation**

| | |
|---|---|
| **Statutory Maximum Custody:** | 10 years. 8 U.S.C. § 1324(a)(1)(A)(v)(I) and 1324(B)(i) |
| **Mandatory Revocation Statutes:** | Mandatory revocation for possession of a controlled substance. Sentence to a term of imprisonment. 18 U.S.C. § 3565(b)(1) |
| **Fine:** | $800.00 - Outstanding fine balance. 18 U.S.C. § 3571(b) |
| **Supervised Release:** | 3 years. 18 U.S.C. § 3583(b) |

If a defendant violates a condition of probation at any time prior to the expiration or termination of the term of probation, the Court may, (1) continue him/her on probation, with or without extending the term or modifying or enlarging the conditions; or (2) revoke the sentence of probation and resentence the defendant under Subchapter A. 18 U.S.C. § 3565(a). Further, when a defendant is sentenced following revocation of probation, the District Court is not limited to the sentencing range available at the time of the original sentence. U.S. v. Pena, 125 F.3d 285, (5th Cir. 1997). Pursuant to USSG §5D1.1, the Court shall conduct an individualized assessment to determine whether supervised release is required and to determine the length of the term of supervised release. The Court should state in open court the reasons for imposing or not imposing a term of supervised release and the reasons for the length of any term of supervised release imposed.

**Chapter 7 Violation Computations**

| | | |
|---|---|---|
| **Violation Grade:** | C | USSG §7B1.1(a), p.s. |
| **Criminal History Category:** | I | USSG §7B1.4(a), p.s. |
| **Imprisonment Range:** | 3 to 9 months | USSG §7B1.4(a), p.s. |
| **Fine:** | $800.00 - Outstanding fine balance. | USSG §7B1.3(d), p.s. |

In Tapia v. U.S., 564 U.S. 319 (2011), the Supreme Court held that 18 U.S.C. § 3582(a) does not permit a sentencing court to impose or lengthen a prison term in order to foster a defendant's rehabilitation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 20, 2026
Respectfully submitted,

Juan Lopez
U.S. Probation Officer
Amarillo Division
Phone: 806-337-1754
Email: juan_lopez@txnp.uscourts.gov

Approved,

Gema Delgado Reyes
Supervising U.S. Probation Officer
Phone: 806-337-1752

**Order of the Court:**

☐ No action.

☒ The Issuance of a Warrant. Petition and warrant sealed and not to be distributed to counsel of record until arrest effectuated.

☐ The Issuance of a Summons.

☐ Other or Additional:

______________________________

______________________________

☐ File under seal until further order of the Court.

______________________________
The Honorable Matthew J. Kacsmaryk
U.S. District Judge

10-23-2026
______________________________
Date